CASE unsealed 10/2/13 MH

~~SEALED~~  2013 SEP 27 PM 5:27

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LILLA MICHELLE MCGREGOR (1),<br>REBECCA SUE WELLS (2),<br>OCTAVIO RAMIREZ ROBLES (3),<br><br>  Defendants. | Case No. **13CR3569W**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine |

Beginning at an unknown date and continuing up to and including September 18, 2013, within the Southern District of California, and elsewhere, defendants LILLA MICHELLE MCGREGOR, REBECCA SUE WELLS, and OCTAVIO RAMIREZ ROBLES, did knowingly and intentionally conspire together and with each other and other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: September 27, 2013.

A TRUE BILL:

_[signature]_
Foreperson

LAURA E. DUFFY
United States Attorney

By: _[signature]_
LUELLA M. CALDITO
Assistant U.S. Attorney

LC:lml:San Diego:9/26/13

16 MH